# In the United States Court of Federal Claims

## OFFICE OF SPECIAL MASTERS

* * * * * * * * * * * * * * * * * * * *   *
NATALEE HESSELL,                           *
                                           *       No. 14-1091V
                    Petitioner,            *       Special Master Christian J. Moran
                                           *
v.                                         *       Filed: July 14, 2015
                                           *
SECRETARY OF HEALTH                        *       Stipulation; Tetanus-diphtheria
AND HUMAN SERVICES,                        *       acellular pertussis ("Tdap") vaccine;
                                           *       shoulder injury related to vaccine
                                           *       administration ("SIRVA").
                    Respondent.            *
* * * * * * * * * * * * * * * * * * * *   *

Lawrence R. Cohan, Anapol Schwartz, Philadelphia, PA, for petitioner;
Adriana Ruth Teitel, United States Dep't of Justice, Washington, DC, for
respondent.

## UNPUBLISHED RULING FINDING ENTITLEMENT[1]

On November 10, 2014, Natalee Hessell filed a petition under the National
Childhood Vaccine Injury Act, 42 U.S.C. § 300aa—10 through 34 (2012), alleging
that she suffered from adhesive capsulitis related to her receipt of a Tetanus-
diphtheria acellular pertussis ("Tdap") vaccination in her right shoulder on April
10, 2013.

In her Rule 4(c) report, respondent stated that "compensation is appropriate
in this case." Resp't's Rep., filed July 9, 2015, at 1. Respondent added that the
Division of Injury Compensation Programs, U.S. Department of Health and
Human Services, has reviewed the facts of this case and has concluded that the

---

[1] The E-Government Act of 2002, Pub. L. No. 107-347, 116 Stat. 2899, 2913 (Dec. 17,
2002), requires that the Court post this decision on its website. Pursuant to Vaccine Rule 18(b),
the parties have 14 days to file a motion proposing redaction of medical information or other
information described in 42 U.S.C. § 300aa-12(d)(4). Any redactions ordered by the special
master will appear in the document posted on the website.

alleged injury, lasting for more than six months, "is consistent with a shoulder injury related to vaccine administration ('SIRVA')," and thus that "petitioner has satisfied all legal prerequisites for compensation under the Act." Id. at 6 (citations omitted).

Special masters may determine whether a petitioner is entitled to compensation based upon the record. A hearing is not required. 42 U.S.C. § 300aa-13; Vaccine Rule 8(d). Based upon a review of the record as a whole, the undersigned finds that petitioner has established that she is entitled to compensation for her injury.

**Accordingly, Ms. Hessell is entitled to compensation.** The process for quantifying the amount of damages to which Ms. Hessell is entitled will be discussed at the status conference previously set for **Wednesday, July 15, 2015 at 10:00 A.M. Eastern Time**.[2]

Any questions may be directed to my law clerk, Mary Holmes, at (202) 357-6360.

**IT IS SO ORDERED.**

s/Christian J. Moran
Christian J. Moran
Special Master

---

[2] In anticipation of the status conference, petitioner shall begin gathering the materials respondent requests in her Rule 4 Report. Resp't's Rep. at 6-7.